UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL G. ROWE et al.,                          :

              Plaintiffs,                    :          ORDER

    -v.-                                          :
                                    25 Civ. 4616 (VSB) (GWG)
DISCOVERY TALENT SERVICES, LLC et al.,           :

              Defendants.                   :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Order dated June 5, 2025 (Docket # 11) is vacated.

      SO ORDERED.

Dated:  July 7, 2025
        New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge