MEMORANDUM ENDORSED


## SCAROLA ZUBATOV SCHAFFZIN PLLC

Richard J.J. Scarola
rjjs@szslaw.com
(212) 937-0008

September 22, 2025

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court — Southern District of New York
40 Foley Square
New York, NY 10007

         *Rowe* et ano. *v. Discovery Communications, LLC* et ano.,
              25-cv-04616 (VSB) (GWG)

Dear Judge Gorenstein:

  Our firm represents the plaintiffs in this case. We write on behalf of all parties to request adjournment of the Rule 16 Conference from September 29, 2025, at 11:00 a.m., to October 27, 2025, at 11:00 a.m. That date and time have been identified as available by Your Honor's Deputy Clerk and have been reserved.

  We understand there has been one previous request for an adjournment. It was made before our firm appeared in the case (we entered our appearance on September 2, 2025). We understand the reason for the previous adjournment was a scheduling conflict for one of the attorneys.

  This joint request to adjourn the conference is made because counsel have conferred and agree that it would be productive to have more time for further conversations about the issues to be addressed at the conference and about any issues that may need to be presented to the Court. The parties are currently briefing a Rule 12(b)(6) motion made by the defendants, with briefing to be complete by October 10, 2025. Counsel agree that the Rule 16 conference will be more efficient and effective if adjourned as requested.

  No scheduled dates in the case unrelated to the subject of the Rule 16 conference will be affected by the requested adjournment.

  We appreciate the Court's consideration.

Conference adjourned to October 27, 2025, at 11:00 am. The proposed case management plan is due October 23, 2025.

Respectfully submitted,

/s/ *Richard J.J. Scarola*

Richard J.J. Scarola

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

September 22, 2025