# MEMORANDUM ENDORSED

**Weil, Gotshal & Manges LLP**

BY ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8218 tel
+1 212 310 8007 fax

**Theodore E. Tsekerides**
+1 (212) 310-8218
theodore.tsekerides@weil.com

November 12, 2025

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 519
New York, NY 10007

Re: *Rowe et al. v. Discovery Communications LLC et al.*, No. 25 Civ. 04616 (VSB) (GWG)
<u>Letter Application for Adjournment of Ordered Rule 16(a) Initial Telephonic Case Management Conference</u>

Dear Judge Gorenstein:

Pursuant to Rules 1.B and 1.F of Your Honor's Individual Practices, the Parties respectfully submit this joint letter application for an adjournment of the Fed. R. Civ. P. Rule 16(a) initial case management conference (the "**Conference**") currently scheduled for November 17, 2025 at 3 p.m. The Parties recognize that the scheduled conference is less than five business days away and would greatly appreciate the Court's accommodating this request, which, for the reasons stated below, serves the interest of judicial efficiency.

The Parties are close to resolving key contested issues relating to the Proposed Scheduling Order, including those that could obviate the need for separate motion practice. As indicated in the Parties' previous joint letter application to adjourn the Conference (ECF No. 44), the Parties have continued to meet and confer further regarding the appropriate scope of pretrial discovery pending Defendants' Motion to Dismiss, including through video conferences on November 3, 2025 and November 11, 2025. The Parties submit that they would benefit from additional time to discuss new compromise proposals raised at their November 11, 2025 meet and confer, with the aim of proposing an agreed-upon discovery plan before the Conference.

Given that November 11th was a Court holiday, counsel for Discovery contacted Chambers today to determine alternative dates for a rescheduled appearance. During that call, Chambers reserved December 8, 2025 at 3 p.m. as a proposed alternative. Counsel for Discovery then conferred with Plaintiffs' counsel, who confirmed their availability and consent to participate in the Conference on this alternative date.

Hon. Gabriel W. Gorenstein

**Weil, Gotshal & Manges LLP**

Page 2

Accordingly, the Parties respectfully request that the Court reschedule the Rule 16 Conference to **December 8, 2025 at 3 p.m.** If this request is acceptable to Your Honor, a So Ordered line is set forth below for the convenience of the Court.

Respectfully submitted,

*/s/  Theodore E. Tsekerides*

Theodore E. Tsekerides

*Counsel for Defendants*

*/s/ Richard J.J. Scarola*

Richard J.J. Scarola

*Counsel for Plaintiffs*

cc:   All Counsel of Record (via ECF)

The Rule 16 Conference is adjourned to December 8, 2025 at 3 p.m. Docket # 25 otherwise continues to apply.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
November 12, 2025