UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL G. ROWE et al.,                          :

               Plaintiffs,                        :        ORDER


    -v.-                                                  :
                                       25 Civ. 4616 (VSB) (GWG)
DISCOVERY TALENT SERVICES, LLC et al.,    :

           Defendants.                      :
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court issues this Order to explain to the parties the reason it has issued a confidentiality order in the form it is separately issuing today.

      Where one party believes that it can meet the stringent requirements for an attorney's eyes only designation restricting the use certain documents, the Court uniformly requires that the confidentiality order allow for this possibility.   This does not reflect any finding by the Court that such a designation will ever be permissible.   Rather, it reflects the Court's view that any dispute about whether such treatment is appropriate is best left to resolution in the context of specific documents or categories of documents.   Obviously, any party seeking such a designation must show that the absence of such a designation would result in a "a clearly defined and very serious injury to its business." Form Portfolios LLC Pl., v. Food52, Inc, 2025 WL 3120481, at *2 (E.D.N.Y. Nov. 7, 2025).   And the burden of proving this is on the party seeking the restriction; indeed, the burden has been characterized as "heightened."   Id.

      The Court notes that it is not necessary for the parties to agree in a confidentiality order on the types of material that would appropriately fit into either category. The only permissible designations are those that would be appropriately ordered under the case law governing Fed. R. Civ. P. 26(c).

      The Court has eliminated some material in the confidentiality order that it viewed a unduly prolix --- particularly definitions that are obvious.   The Court has done so because the confidentiality order is a document that must be understood and appreciated by non-lawyers, and there is significant value in making it as simple as possible.

1

Dated:   New York, New York
        January 14, 2026

SO ORDERED:

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge