UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL G. ROWE and LAB RAT
PRODUCTIONS, INC.,

Plaintiffs,

- against -

DISCOVERY COMMUNICATIONS, LLC and
DISCOVERY TALENT SERVICES, LLC,

Defendants.

Case No.: 1:25-cv-04616-VSB-GWG

NOTICE OF MOTION
TO FILE SUPPLEMENTAL
COMPLAINT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and

Declaration of Richard J.J. Scarola with its attached exhibits, plaintiffs Michael G. Rowe and Lab

Rat Productions, Inc., by their counsel Scarola Zubatov Schaffzin PLLC, hereby move this Court

before the Honorable Vernon S. Broderick, United States District Judge, on a date and at a time to

be determined by the Court, at the Thurgood Marshall United States Courthouse for the Southern

District of New York, 40 Foley Square, Courtroom 518, New York, New York 10007, for an

Order granting them leave, pursuant to Fed. R. Civ. P. 15(d), to file a supplemental complaint in

the form attached as Exhibit A to the accompanying Declaration and for such other and further

relief in plaintiffs' favor and against defendants as this Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that opposing papers and affidavits, if any, and reply

papers, if any, are to be served in accordance with a schedule to be set by the Court.

Dated:  February 3, 2026
       New York, NY

                                     SCAROLA ZUBATOV SCHAFFZIN PLLC


                                     By _____/s/ Richard J.J. Scarola_____
                                         Richard J.J. Scarola
                                         Alexander Zubatov
                                     *Attorneys for Plaintiffs*
                                       620 Fifth Avenue, 2nd Fl.
                                     New York, NY  10020
                                     Tel.:  (212) 757-0007

2