UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                     :

MICHAEL G. ROWE and LAB RAT        :
PRODUCTIONS, INC.,                        :
                                       :

                   Plaintiffs,    :           25-CV-4616 (VSB)
                                       :

            -against-           :              **ORDER**
                                       :

DISCOVERY TALENT SERVICES, LLC and  :
DISCOVERY COMMUNICATIONS LLC,    :
                                       :

                  Defendants.   :
                                       :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On February 18, 2026, Plaintiff filed a supplemental complaint pursuant to Federal Rule of Civil Procedure 15(d). (Doc. 71.) "[W]hen a plaintiff properly amends [a] complaint after a defendant has filed a motion to dismiss that is still pending, the district court has the option of either denying the pending motion as moot or evaluating the motion in light of the facts alleged in the amended complaint." *Pettaway v. Nat'l Recovery Sols., LLC*, 955 F.3d 299, 303–04 (2d Cir. 2020). "Rule 15(d) motions are evaluated by the Court under the same standards used to evaluate motions to amend pleadings under paragraph (a) of the same rule." *Kraiem v. JonesTrading Institutional Servs. LLC*, 571 F. Supp. 3d 53, 59 (S.D.N.Y. 2021). Accordingly, it is hereby:

ORDERED that Defendants shall file a letter by February 26, 2026 deciding whether their previously filed motion to dismiss, (Doc. 20), should be deemed moot without prejudice to refile a new motion to dismiss, or if I should evaluate Defendants' previously filed motion to dismiss in light of the facts alleged in the supplemental complaint.

SO ORDERED.

Dated: February 19, 2026
       New York, New York

Vernon S. Broderick
United States District Judge