**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8218 tel
+1 212 310 8007 fax

**Theodore E. Tsekerides**
+1 (212) 310-8218
theodore.tsekerides@weil.com

BY ECF

February 25, 2026

Hon. Vernon S. Broderick
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 518
New York, NY 10007

Re: *Rowe et al. v. Discovery Communications LLC et al.*, No. 25 Civ. 04616 (VSB) (GWG)
      Letter in Response to February 19, 2026 Order (ECF No. 72)

Dear Judge Broderick:

We write on behalf of defendants Discovery Talent Services, LLC and Discovery Communications LLC ("**Discovery**" or "**Defendants**") in response to Your Honor's February 19, 2026 Order (ECF No. 72) regarding Plaintiffs' recently filed Supplemental Complaint (ECF No. 73).

Discovery respectfully submits that the facts and circumstances giving rise to the claim alleged by the Plaintiffs in their Supplemental Complaint are unrelated to and distinct from the facts and circumstances giving rise to the claims alleged by the Plaintiffs in their June 2, 2025 Complaint (ECF No. 1). Accordingly, Discovery's previously filed Motion to Dismiss (ECF No. 20) relating to the June 2, 2025 Complaint should not be deemed moot but instead be evaluated in light of the facts alleged in the Supplemental Complaint, which, as noted above, are distinct from the facts relating to the pending Motion to Dismiss.

Discovery will separately file a response to Plaintiffs' Supplemental Complaint by March 18, 2026.

Respectfully submitted,

*/s/ Theodore E. Tsekerides*

Theodore E. Tsekerides

cc:  All Counsel of Record (via ECF)