UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL G. ROWE and LAB RAT PRODUCTIONS, INC., | : | 25-cv-4616 (SHS) |
| | : | |
| Plaintiffs, | | ORDER |
| -v- | : | |
| DISCOVERY COMMUNICATIONS, LLC and DISCOVERY TALENT SERVICES, LLD, | : | |
| | : | |
| Defendants. | | |

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference in this case on Monday, September 28, 2026, at 2:30 p.m. in Courtroom 23A for the Court to read a decision into the record on defendants' motion to dismiss the complaint.

Dated: New York, New York
September 25, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.