UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| MICHAEL G. ROWE and LAB RAT PRODUCTIONS, INC., | : | 25-cv-4616 (SHS) |
| | : | |
| Plaintiffs, | | ORDER |
| -v- | : | |
| DISCOVERY COMMUNICATIONS, LLC and DISCOVERY TALENT SERVICES, LLC, | : | |
| | : | |
| Defendants. | | |

-----------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

A pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. For the reasons set forth on the record, defendants' motion to dismiss the complaint [Doc. No. 20] is denied;

2. Plaintiffs shall file their amended complaint on or before October 5, 2026;

3. The parties shall submit a proposed pretrial schedule on or before October 21, 2026; and

3. Defendants shall answer or move in response to the amended complaint on or before October 30, 2026.

Dated: New York, New York
September 28, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.