UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MICHAEL G. ROWE and LAB RAT PRODUCTIONS, INC.,

Plaintiffs,

-against-

DISCOVERY TALENT SERVICES, LLC and DISCOVERY COMMUNICATIONS LLC,

Defendants.

---------------------------------------------------------------X

25-CV-4616 (SHS)

**ORDER**

SIDNEY H. STEIN, United States District Judge:

On September 28, 2026, this Court denied defendants' motion to dismiss the complaint in an oral opinion (*see* Dkt Nos. 79, 80) and provided in paragraph 3 of the resulting order that "[t]he parties shall submit a proposed pretrial schedule on or before October 21, 2026" (Dkt No. 79 ¶ 3). In doing so, the Court overlooked the fact that this action had earlier been referred to Magistrate Judge Gabriel W. Gorenstein for general pretrial purposes. Accordingly, paragraph 3 of the Order dated September 28, 2026 (Dkt No. 79) is hereby vacated and Magistrate Judge Gorenstein shall set a pretrial schedule and administer this action for pretrial purposes.

Dated: New York, New York
October 5, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.