MEMORANDUM ENDORSED

SCAROLA ZUBATOV PLLC

October 8, 2026

Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court — Southern District of New York
40 Foley Square
New York, NY 10007

*Rowe* et ano. *v. Discovery Communications, LLC* et ano., 25-cv-04616 (SHS) (GWG)

Dear Judge Gorenstein:

We represent the plaintiffs in this case and write in accordance with Your Honor's Order dated October 6, 2026 (Dkt. 84), to request, on behalf of both plaintiffs and defendants, an adjournment from October 14, 2026 at 10:30 a.m. to October 22, 2026 at 11 a.m. (a date/time confirmed with the Court's Deputy Clerk) for the parties' initial case management conference, with the parties' proposed scheduling order thereupon being due two business days prior, *viz.*, October 20, 2026.

Counsel have already had an initial conference as to the issues to be addressed and believe that additional time would allow for a more thorough and well-considered submission. Additionally, (i) in light of Judge Stein's Order of September 28, 2026 (Dkt. 79), which had fixed a date of October 21, 2026 for submission of the parties' proposed pretrial schedule, the parties were working toward that date before then receiving the subsequent Order of October 6, 2026 from Your Honor (Dkt. 84), moving that date forward to October 9, and (ii) one of the attorneys involved in the case had surgery recently, resulting in a small delay in the parties' discussions concerning case scheduling.

We appreciate the Court's consideration.

Respectfully submitted,

/s/ Richard J.J. Scarola

Richard J.J. Scarola

By ECF Filing
Copy (by ECF) to Defendants' Counsel

Application granted. The same dial-in instructions apply.

So Ordered. [signature]

GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 8, 2026